IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERT KOETSIER, | |
| Plaintiff, | Civil Action No.: 1:24-cv-00664 |
| v. | Judge Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cole |
| Defendants. | |

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Albert Koetsier ("Koetsier" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Koetsier to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Albert Koetsier and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on February 6, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), Walmart Inc. ("Walmart"), and ContextLogic, Inc. d/b/a

Wish.com ("WISH") marketplaces as identified in Exhibit 2 to the Declaration of Albert Koetsier as being related to the defendants.

4. I hereby certify that on or before February 6, 2024, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction on said website.

5. I hereby certify that on February 6, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, Temu, Walmart, and WISH marketplaces as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2024.

> /s/ Keith A. Vogt
> Keith A. Vogt
> *Counsel for Plaintiff*