IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALBERT KOETSIER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00664

Judge Martha M. Pacold

Magistrate Judge Jeffrey Cole

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Tongcan |
| 18 | Little Bird fly fast Department Store |
| 25 | June-US |
| 38 | Alynsehom Direct |
| 41 | Artistic Curtain |
| 42 | Jungpeng |
| 53 | DXYDSC |
| 54 | iNoDoZ |
| 55 | BLMIEDE |
| 58 | Jiusike |
| 62 | Linhengyu |
| 69 | Adencos |
| 70 | Seemoo |
| 71 | MileHouse |
| 72 | WOIWO |
| 73 | iFancer |
| 74 | Angel 365 |
| 81 | Kidd Store |

| | |
|---|---|
| 89 | Kubert |
| 90 | lookathot |
| 94 | Lifeety |
| 98 | shenhaishijue |
| 107 | PNM US Store |
| 108 | ENSHIZHOULINDIESHANGMAOYOUXIANGONGSI |
| 123 | Lottex shop |
| 129 | Smart E-commerce Company |
| 131 | Wutong home life |
| 133 | Yuanping store |
| 134 | S&C Co.Ltd |
| 135 | Langle LLC |
| 136 | ShopGlobal |
| 145 | fujiyang Commodity |
| 148 | Aslow home textiles |
| 149 | Yiwu Shengxin Home Textile Co |

DATED:  March 15, 2024                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt