**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALBERT KOETSIER,

      Plaintiff,                              Case No.:  1:24-cv-00664

v.                                       Judge Martha M. Pacold

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Jeffrey Cole
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 21, 2024 [38] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 21 | Momo Costume |
| 2 | Crystal Emotion |
| 4 | LEO BON |
| 10 | ALAGEO |
| 29 | Aomike |
| 31 | QueenKer |
| 33 | Bilagawa |
| 34 | LUSWEET |
| 76 | Comdoit |
| 151 | fujingonline |
| 144 | SMENGDE |
| 117 | SOUTHSKY-Sunflower |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED:  July 15 , 2024

Respectfully submitted,

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF(S)**

Subscribed and sworn before me by Keith A. Vogt, on this 15 of July, 2024.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF   Illinois

COUNTY OF   Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026